THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES W. GRANNIS et al., Respondents, v. JAMES A. ROBERTS, as Comptroller of the State of New York, Appellant.

(Submitted June 4, 1900; decided June 19, 1900.)

Motion for reargument denied, without costs. (See 163 N. Y. 70.)

---

PATRICK J. GLEASON et al., Respondents, v. THE PEERLESS MANUFACTURING COMPANY, Appellant, Impleaded with Others.

(Submitted June 11, 1900; decided June 19, 1900.)

Motion for reargument granted. (See 163 N. Y. 574.)

---

ABBIE E. SNELLING, Respondent, v. ANDREW B. YETTER, Appellant.

*Snelling* v. *Yetter*, 25 App. Div. 590, appeal dismissed.
(Argued May 3, 1900; decided June 22, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 19, 1898, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term, and an order denying a motion for a new trial and granting a new trial.

*Frederick E. Anderson* and *John Ewen* for appellant.

*Robert L. Redfield* for respondent.

Appeal dismissed, without costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, VANN and CULLEN, JJ. Not voting: MARTIN, J. Not sitting: WERNER, J.